IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEBSTER BANK, N.A. )<br>  )<br>     Plaintiff, )<br>  )<br>  v. )<br>  )<br> JOHN THOMAS LESLIE, JR. )<br>  )<br>     Defendant. )<br> _____ ) | Civil Action No.: _____ |

**FINANCIAL INTEREST DISCLOSURE**

Pursuant to Local Rule 7.1 of the U.S. District Court for the District of Columbia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for the Plaintiff, Webster Bank, National Association, hereby certifies that Webster Bank, National Association, a national banking association organized under the laws of the United States, is a wholly-owned subsidiary of Webster Financial Corporation, a Delaware corporation, and further states that there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

_/s/ Amy Sanborn Owen_

Amy Sanborn Owen  (Bar No. 411601)
aowen@cochranowen.com
Ben Selan  (Bar No. 495232)
bselan@cochranowen.com
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182
(703) 847-4480
(703) 847-4499 (facsimile)

Counsel for Webster Bank, N.A.