```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____ )
                             )
**WEBSTER BANK, N.A.**,      )
                             )
    Plaintiff,         )
                             )
      v.          )    Civil Action No. 08-1271 (RWR)
                             )
**JOHN THOMAS LESLIE, JR.**  )
                             )
    Defendant.         )
_____ )

## ORDER TO SHOW CAUSE

On July 24, 2008, plaintiff filed a complaint in this matter which lacks the factual basis necessary to establish federal diversity jurisdiction under 28 U.S.C. § 1332.  See <u>Dist. of Columbia ex rel. Am. Combustion, Inc. v. Transamerica Ins. Co.</u>, 797 F,2d 1041, 10-43-45 (D.C. Cir. 1986).  Accordingly, it is hereby

ORDERED that the plaintiff shall show cause in writing by August 25, 2008 why the case should not be dismissed for lack of jurisdiction.

SIGNED this 15 day of August, 2008.

                                                  /s/
                                      RICHARD W. ROBERTS
                                      United States District Judge