IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WEBSTER BANK, N.A. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 08-1271 (RWR) |
| | ) | |
| JOHN THOMAS LESLIE, JR. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

Webster Bank, N.A. ("Webster Bank"), by counsel, hereby respond to the Court's August 15, 2008 Order to Show Cause as follows:

### I.    Procedural History

On July 24, 2008, Webster Bank instituted the above-captioned action against John Thomas Leslie, Jr. ("Mr. Leslie") as a result of his failure to remit payments in accordance with the terms of a Note. The suit precipitated from Mr. Leslie's correspondence responding to Webster Bank's demand letter, wherein Mr. Leslie stated that he did not have the means to pay pursuant to the agreement he signed.

### II.    Jurisdiction Under 28 U.S.C. §1332 is Proper

Federal Diversity Jurisdiction is proper in this situation. 28 U.S.C. §1332 provides that:

> (a)    The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—
> (1) Citizens of different States;
> ...

For the purposes of this litigation, Mr. Leslie is a citizen of the District of Columbia and Webster Bank is a citizen of the state of Connecticut.

### A.    Mr. Leslie is Domiciled in the District of Columbia

An individual's state of citizenship, with regard to the diversity jurisdiction of federal courts, is synonymous with the individual's domicile. *Mays v. Meeks, 2006 U.S. Dist. LEXIS 16295, 10 (D.D.C., Apr. 5, 2006).* An individual's domicile is determined by his (1) physical presence in the jurisdiction and (2) his intent to remain there for an unspecified or indefinite period of time. *Id.* at 11. For the purposes of diversity jurisdiction, a person's residence is assumed to be his domicile. *Williams v. Washington Post Co., et al., 1990 U.S. Dist. LEXIS 7984, 3 (D.D.C., June 27, 1990).*

Mr. Leslie is domiciled in the District of Columbia as evidenced by his residence at 6311 13th Street, NW, Washington, D.C.  20011.  The Washington, D.C. address for Mr. Leslie is included not only on the Construction Loan Agreement, executed in conjunction with the loan in question, but also on the HUD-1 Settlement Statement.  Furthermore, the Washington, D.C. address is included in Mr. Leslie's Credit Report as his current address.  Mr. Leslie is domiciled in the District of Columbia for purposes of diversity jurisdiction.

### B.    Webster Bank is Domiciled in the State of Connecticut

Unlike corporations, which are deemed to be a citizen of both the state in which it has its principal place of business and of any state in which it is incorporated (see 28 U.S.C. §1332(c)(1)), national banks, pursuant to 28 U.S.C. §1348, "… shall, for the purposes of all other actions by or against them, be deemed citizens of the States in which they are respectively located." The location of a national bank's citizenship is determined by the location of its main office. *Wachovia Bank v. Schmidt, 546 U.S. 303, 306-07, 126 S. Ct. 941, 163 L. Ed. 2d 797 (2006).* Webster Bank's main offices are located in Waterbury, Connecticut (attached as exhibit 1 are copies of documents from the State of Connecticut Department of Banking, available at its

website: www.ct.gov, evidencing that Webster Bank's main offices are located in Waterbury, Connecticut.)

### C. The Amount in Controversy Exceeds $75,000.00

The amount in controversy in this matter, exclusive of interest and costs, represented by the proceeds of a loan granted to Mr. Leslie by Webster Bank, equals Three Hundred and Fifty-One Thousand Dollars and Zero Cents ($351,000.00), far in excess of the minimum amount necessary for federal diversity jurisdiction. Attached as Exhibit 2 is a copy of Mr. Leslie's Payoff Statement evidencing that the amount of unpaid loan principal exceeds $75,000.00.

### III.    Conclusion

Federal Diversity Jurisdiction under 28 U.S.C. §1332 is proper in this matter. Webster Bank, N.A. is a citizen of Connecticut, John Leslie, Jr. is a citizen of the District of Columbia, and the amount in controversy exceeds $75,000.

Should the Court disagree with Webster Bank's rendering of the issue, Webster Bank requests that it be granted ten (10) days to submit an Amended Complaint in this litigation.

Respectfully submitted,


/s/ Amy S. Owen
Amy Sanborn Owen  (Bar No. 411601)
aowen@cochranowen.com
Ben Selan  (Bar No. 495232)
bselan@cochranowen.com
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182
(703) 847-4480
(703) 847-4499 (facsimile)

Counsel for Webster Bank, N.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Response to Order to Show Cause was electronically filed with the Clerk of Court using the CM/ECF system, on this the 25th day of August, 2008.  Service was perfected on the following individuals by first class mail, postage prepaid:

John Thomas Leslie, Jr.
6311 13th Street, NW,
Washington, D.C.  20011

/s/  Amy S. Owen
Amy S. Owen, Esq.  (DC Bar No. 411601)
aowen@cochranowen.com
Ben Selan, Esq. (DC Bar No. 495232)
bselan@cochranowen.com
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Ph:     (703) 847-4480
Fax:    (703) 847-4499

Counsel for Webster Bank, N.A.

Case 1:08-cv-01271-RWR    Document 4-2    Filed 08/25/2008    Page 1 of 4



# STATE OF CONNECTICUT
# DEPARTMENT OF BANKING



ABOUT US   PROGRAMS AND SERVICES   PUBLICATIONS   FORMS   CONTACT US   HOME

## Banks in Connecticut

[ Trust Companies | Banks by Charter Type ]

*Institutions are listed alphabetically, excepting the word "The" in a name may be omitted. All addresses are in Connecticut (CT), unless indicated otherwise.*

**Select the first letter of a bank's name:**

A  B  C  D  E  F  G  H  I  J  L  M  N  P  R  S  T  U  V  W

| Institution<br>* Offers Trust Services | Main Office Address | CEO | Primary Regulator |
|---|---|---|---|
| Abbey National Treasury Services plc | London, England<br><br>CT Branch Office:<br>400 Atlantic Street<br>Stamford 06901<br>Phone:(203) 355-7900<br>Fax:(203) 355-8072 | Robert Ferrari<br>U.S. Branch Manager | Federal Reserve<br><br>DOB for CT branch |
| Apple Valley Bank & Trust Company | 286 Maple Avenue<br>Cheshire 06410<br>Phone:(203) 271-1268<br><br>Fax:(203) 271-1540 | Maureen Frank<br>President & CEO | DOB |
| Bank of America, N.A. - see below | | | |
| Bank of Greenwich | 165 Mason Street<br>Greenwich 06830<br>Phone:(203) 629-8400<br><br>Fax:(203) 629-8409 | Robert Oca<br>President & CEO | DOB |
| Bank of New York - see below | | | |
| Bank of Western Massachusetts - see below | | | |
| Bank of Ireland | Dublin, Ireland<br><br>300 First Stamford Place<br>Stamford 06902<br>Phone:(203) 391-5900<br>Fax: (203) 391-5901 | John Connors<br>Country Head<br><br>Mary Breda Ryan<br>Sr. Vice President | Federal Reserve<br><br>DOB for CT representative office |
| Bank of New Canaan | 208/212 Elm Street<br>New Canaan 06840<br>Phone:(203) 966-7080<br><br>Fax:(203) 966-7473 | Frederick Afragola<br>Pres./Chairman | DOB |
| Bank of Southern | 215 Church Street | Joseph Ciaburri | DOB |

| | | | |
|---|---|---|---|
| | Phone:(860) 283-4373 Fax:(860) 283-6621 | | |
| Torrington Savings Bank * | 129 Main Street Torrington 06790 Phone:(860) 496-2152 Fax:(860) 496-2754 | Jeffrey Lalonde President | DOB |
| UBS AG | Zurich/Basel, Switzerland CT Branch Office: 677 Washington Blvd Stamford 06901 Phone:(203) 719-3000 Fax:(203) 719-5413 | Tom Albee CT Branch Manager | Federal Reserve DOB for CT branch |
| Union Savings Bank * | 226 Main Street Danbury 06810 Phone:(203) 830-4200 Fax: (203) 792-1169 | John C. Kline President & CEO | DOB |
| Union State Bank - see below | | | |
| U.S. Bank National Association - see below | | | |
| UPS Capital Business Credit | Uninsured Bank 425 Day Hill Road Windsor, 06095 Phone:(860) 727-0700 Fax:(860) 241-2501 | David Etter President | DOB |
| U.S. Trust Company, National Association * | 1 Pickwick Plaza Greenwich 06830 Phone:(203) 861-8000 Fax:(203) 861-8001 | Frances Aldrich Sevilla-Sacasa President & CEO | OCC |
| Valley Bank | 4 Riverside Avenue Bristol 06010-1357 Phone:(860) 582-8868 Fax: (860) 314-1317 | Robert Messier, Jr. President | DOB |
| Wachovia Bank, National Association - see below | | | |
| Washington Trust Company - see below | | | |
| Webster Bank, National Association | 145 Bank Street Waterbury 06720 Phone:(800) 325-2424 Fax:(203) 755-5539 | James Smith Chairman/CEO | OCC |
| Wilton Bank | P.O. Box 606 47 Old Ridgefield Road Wilton 06897-0606 Phone:(203) 762-2265 Fax:(203) 761-9662 | Marion (Nicki) Brown President | DOB |
| Windsor Federal Savings and Loan Association | 250 Broad Street Windsor 06095 Phone:(860) 688-8511 Fax:(860) 298-6164 | Mark Griffin President | OTS |
| **Out-of-State Banks Operating Branches in Connecticut** | | | |



## STATE OF CONNECTICUT
## DEPARTMENT OF BANKING



ABOUT US   PROGRAMS AND SERVICES   PUBLICATIONS   FORMS   CONTACT US   HOME

**DOB Search:**

**GO**

Advanced Search

» CONSUMER HELP

» FIND INSTITUTIONS

» BANK INFORMATION

» CREDIT UNION INFORMATION

» APPLICATIONS

» WHO WE REGULATE

» EXTERNAL LINKS

» DIVISION HOME PAGE

» MAIN MENU

Department of Banking
260 Constitution Plaza
Hartford CT 06103-1800

Phone
(860) 240-8299

Toll-Free
(800) 831-7225

E-ALERTS

Receive DOB news
updates by e-mail.
» Subscribe now or
update your e-Alerts

» LOGIN

### Banks Arranged by
### Connecticut Cities and Towns

The following directory lists bank and savings institution main offices and branches arranged by Connecticut cities and towns. Connecticut state-chartered institutions are shown in **bold type**; bank main offices are indicated with an asterisk (*). To help find a city or town, select the location's first letter below. (See also bank branches arranged by name of bank: A to F | G to P | R to W). *(As of June 30, 2006)*



| N | O | P | Q | R | S | T | U | V | W | Y |

See also **Cities and Towns A to M**

## NAUGATUCK

Bank of America, N.A., branch
* **Naugatuck Savings Bank**, main office and two branches
* Naugatuck Valley Savings & Loan, S.B., main office and branch
People's Bank, branch
Wachovia Bank, National Association, branch
Webster Bank, N.A., branch

## NEW BRITAIN

Bank of America, N.A., three branches
People's Bank, branch
TD Banknorth, N.A., five branches
Webster Bank, N.A., five branches

## NEW CANAAN

Bank of America, N.A., three branches
* **Bank of New Canaan**, main office and branch
**First County Bank**, branch
JPMorgan Chase Bank, two branches
People's Bank, branch
Putnam Trust, A Bank of New York Division, branch
Wachovia Bank, National Association, branch
Webster Bank, N.A., branch

## NEW FAIRFIELD

**NewMil Bank**, branch
**Savings Bank of Danbury**, branch

Case 1:08-cv-01271-RWR     Document 4-2     Filed 08/25/2008     Page 4 of 4

## VERNON

Bank of America, N.A., branch
**Connecticut Bank and Trust Company**, branch
**NewAlliance Bank**, two branches
People's Bank, two branches
**Rockville Bank**, branch
Sovereign Bank New England, a Division of Sovereign Bank, branch
Webster Bank, N.A., branch

## WALLINGFORD

Bank of America, N.A., two branches
**Liberty Bank**, branch
**NewAlliance Bank**, two branches
**People's Bank**, branch
TD Banknorth, N.A., four branches
Wachovia Bank, National Association, two branches
Webster Bank, N.A., branch

## WASHINGTON

**Litchfield Bancorp**, branch

## WASHINGTON DEPOT
(see also Washington)

First National Bank of Litchfield, branch
National Iron Bank, branch

## WATERBURY

Bank of America, N.A., four branches
**Citizens Bank of Connecticut**, branch
**Naugatuck Savings Bank**, branch
People's Bank, four branches
**Savings Bank of Danbury**, two branches
Sovereign Bank New England, a Division of Sovereign Bank, two branches
TD Banknorth, N.A., six branches
**Thomaston Savings Bank**, branch
Wachovia Bank, National Association, four branches
* Webster Bank, N.A., main office and five branches

## WATERFORD

Bank of America, N.A., branch
**Chelsea Groton Savings Bank**, branch
**Citizens Bank of Connecticut**, branch
**Liberty Bank**, branch
People's Bank, two branches

## WATERTOWN

PAYOFF STATEMENT

June 18, 2008

TO:
John Thomas Leslie Jr
6311 13th St Nw
Washington, DC 20011

WEBSTER BANK
Payoff Dept. CH 310
Webster Bank
 609 West Johnson Ave
Cheshire CT 06410

Loan No: ████████
Loan Type:  Conventional
VA Guaranty No:  0635393
PMI Certificate No:  0635393
Property Address:
3712 Ne 12th Pl
Cape Coral FL 33909

RE:
John Thomas Leslie Jr

6311 13th St NW
Washington DC 20011

These figures are due thru June 30, 2008.
This loan is due for the October 01, 2007 payment.

| | | |
|---|---|---|
| The current total unpaid Principal Balance is: | $ | 351,000.00 |
| Interest amount due | | 25,872.87 |
| Prepayment Penalty Interest | | 7,020.00 |
| Escrow/Impound Overdraft | | 9,630.25 |
| Pro rata PMI | | 234.00 |
| Unpaid Late Charges | | 129.95 |
| Recoverable Balance | | 2,414.50 |
| Recording Fee | | 18.50 |
| * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $ | | 396,320.07 |

Funds received on or after June 30, 2008 will require an additional
$ 86.53 per diem interest.  The per diem may be subject to change
if a rate change occurs.

These figures are subject to final verification the day they are received.
Figures may be adjusted if any check/money order previously received is
rejected by the institution upon which it was drawn.

Our office should be notified if the closing is cancelled or delayed as
it may affect taxes and insurance disbursements.  If we currently escrow
for flood insurance, please be aware that it will cease once your loan
is paid in full.  Please contact your flood insurance carrier to continue
your coverage.

If this property is sold, please provide the seller's forwarding address.
A release of mortgage will be forwarded by our office to the appropriate
land records for recording.  If you have any questions, please feel free
to contact our office at (800)270-5400 Ext. 37132.

Very Truly Yours,
PAYOFF DEPARTMENT
XP001-029/ALD

PLEASE NOTE: ANY ATTORNEY FEES NOT PAID TO DATE SHOULD BE ADDED
TO THIS QUOTE